TOM HEAD v. STATE.

No. A-1475.    Opinion Filed July 20, 1912.

Petition for writ of mandamus denied.

Osborn & Farriss and E. O. Glasco, for petitioner.

Ben Franklin, W. H. Wood, and W. J. Wallace, Co. Atty., for respondent.

PER CURIAM. This is a petition for a writ of mandamus praying that respondent, W. H. Wood, county judge of McClain county, be required to dismiss certain criminal causes pending in McClain county against petitioner. On a careful examination of the record we are of the opinion that the writ should be denied, and it is so ordered. See Parker v. State, infra; and Ex parte Bowes, infra.